# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

128698

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ADRON LITTLEMON FLOYD,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128698
COA: 261625
Kent CC: 99-001591-FH

_____/

      On order of the Court, the application for leave to appeal the April 12, 2005 order of the Court of Appeals is considered, and it is DENIED, because the question presented is moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

s1006

_____
Clerk